UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MICROSOFT CORPORATION, a Washington corporation,

Civil Case No. 01-CV-2265 JRT/FLN

Plaintiff,

-v-

COMPUTER QUEST, INC., a Minnesota corporation; MARK MEGGITT, an individual; and CLARK LOVRIEN, an individual,

Defendants.

**STIPULATION AND ORDER FOR TIME TO ANSWER, MOVE, OR OTHERWISE PLEAD**

## STIPULATION

The parties to this action, through their undersigned counsel, hereby stipulate and agree that Defendants Computer Quest, Inc., Mark Meggitt and Clark Lovrien may have an extension of time until January 12, 2002, in which to answer, move, plead or otherwise respond in this matter to Microsoft Corporation's Complaint.

Dated: 27 Dec., 2001

SHERRILL LAW OFFICES

M S Sherrill

Michael S. Sherrill, # 1604 987
4756 Banning Avenue, Suite 212
White Bear Lake, MN 55110
(651) 426-2400

Attorney for Defendants
Computer Quest, Inc., Mark Meggitt and Clark Lovrien

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: December 28, 2001

FAEGRE & BENSON LLP

Felicia J. Boyd /KGA

Felicia J. Boyd, #186168
Julie Knox Chosy, #225228

2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

Attorney for Plaintiff
Microsoft Corporation

**ORDER**

IT IS SO ORDERED.

DATED: Jan 7, 2002

BY THE COURT

The Honorable John R. Tunheim
Judge of United States District Court