RECEIVED
MAY 10 2002
CLERK, U.S. DIST. COURT
MINNEAPOLIS, MN

ORIGINAL

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Microsoft Corporation,

Plaintiff,

v.

Computer Quest, Inc., Mark Meggitt, and Clark Lovrien,

Defendants.

Case No. 01-2265 JRT/FLN

**STIPULATED PERMANENT INJUNCTION**

Plaintiff Microsoft Corporation ("Microsoft"), and Defendants Computer Quest, a Minnesota corporation, Mark Meggitt, an individual, and Clark Lovrien, an individual, (collectively "Defendants"), hereby stipulate that Defendants along with their directors, principals, officers, agents, servants, employees, representatives, successors and assigns, and all those persons or entities acting in concert or participation with them, shall be and hereby are PERMANENTLY ENJOINED and restrained from:

**(a)** imitating, copying, or making any other infringing use or infringing distribution of software programs, components, end user license agreements ("EULA") or items protected by Microsoft's registered trademarks and service mark, including, but not limited to, the following Trademark and/or Service Mark Registration Numbers:

(1) 1,200,236 ("MICROSOFT");

(2) 1,256,083 ("MICROSOFT");

(3) 1,872,264 ("WINDOWS");

(4) 1,816,354 (WINDOWS FLAG LOGO);

DEPUTY CLERK

(5) 1,815,350 (COLORED WINDOWS LOGO);

(6) 1,475,795 ("POWERPOINT");

(7) 1,741,086 ("MICROSOFT ACCESS");

(8) 1,592,783 ("BOOKSHELF"); and

(9) 2,188,125 ("OUTLOOK");

or the software programs, components, EULA, items or things protected by the following Certificate of Copyright Registration Numbers:

(1) TXu 649-511 ("Windows 95");

(2) TX 4-687-920 ("Windows 98");

(3) TX 4-395-984 ("Office 97 (Professional Edition)");

(4) TX 4-395-639 ("Access 97");

(5) TX 4-395-640 ("Excel 97");

(6) TX 4-395-686 ("Outlook 97");

(7) TX 4-395-685 ("PowerPoint 97"); and

(8) TX 4-395-687 ("Word 97");

or any other works now or hereafter protected by any of Microsoft's trademarks or copyrights;

(b) manufacturing, assembling, producing, distributing, offering for distribution, circulating, selling, offering for sale, advertising, importing, promoting, or displaying any software program, component, EULA, item or thing bearing any simulation, reproduction, counterfeit, copy, or colorable imitation of any of Microsoft's registered trademarks or service mark, including, but not limited to, the Trademark and Service Mark Registration Nos. listed in Paragraph (a) above;

(c) using any simulation, reproduction, counterfeit, copy, or colorable imitation of Microsoft's registered trademarks or service mark including, but not limited to, the Trademark

and Service Mark Registration Nos. listed in Paragraph (a) above, in connection with the manufacture, distribution, offering for distribution, sale, offering for sale, advertisement, promotion, or display of any software, component, EULA, item or thing not authorized or licensed by Microsoft;

(d) using any false designation of origin or false description which can or is likely to lead the trade or public or individuals erroneously to believe that any software, component, EULA, item, or thing that has been manufactured, produced, distributed, offered for distribution, advertised, promoted, displayed, licensed, sponsored, approved, or authorized by or for Microsoft, when such is not true in fact;

(e) using the names, logos, or other variations thereof any of Microsoft's copyright and/or trademark-protected software programs in any of Defendants' trade or corporate names;

(f) disposing of or destroying any documents or related materials that indicate, reference, or otherwise evidence that Defendants have installed, marketed, manufactured, distributed, advertised, and/or duplicated counterfeit or infringing software programs or other components or items which either bear any of Microsoft's trademarks or service mark, or incorporate or include any of Microsoft's copyrighted software programs and/or components, or any other simulations, copies, colorable imitations, or counterfeits of any of Microsoft's copyrighted and/or trademark-protected software programs and/or components, except that documents and related materials may be disposed of or destroyed in accordance with a business document destruction policy after a period of three years from the date the document or materials were created;.

(g) engaging in any other activity constituting an infringement of any of Microsoft's trademarks, service mark and/or copyrights, or of Microsoft's rights in, or right to use or to exploit these trademarks, service mark, and/or copyrights; and

(h) assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in paragraphs (a) through (g) above.

Nothing in this Order shall prohibit the Enjoined Parties from distributing genuine Microsoft software or hardware which is obtained from sources authorized by Microsoft, including, but not limited to, Authorized Distributors, if such distribution is done according to the terms of the applicable licensing agreements for the Microsoft software or hardware. Distribution of any Microsoft software or hardware by the Enjoined Parties in violation of any term of an applicable Microsoft licensing agreement, including but not limited to distribution of unbundled software, is expressly prohibited.

**IT IS SO STIPULATED.**

DATED: 4-23, 2002

**Computer Quest, Inc.**

by ______________________

its VP

DATED: 4-24, 2002

**Mark Meggitt**

______________________

DATED: 7-23, 2002

**Clark Lovrien**

______________________

DATED: 5/8, 2002

**Microsoft Corporation**

by ______________________

its Corporate Attorney

Approved as to form:

DATED: May 9, 2002

**FAEGRE & BENSON LLP**

Felicia J. Boyd (#186168)
Kara L. Benson (#248290)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Telephone: (612) 766-7000
Facsimile: (612) 766-1600

DATED: April 12, 2002

**JARDINE, LOGAN & O'BRIEN, PLLP**

Lawrence M. Rocheford (#153412)
Sarah Sanville (#300445)
444 Cedar Street, Suite 2100
St. Paul, MN 55101-2160
Telephone: (651) 290-7412

DATED: April 19, 2002

**SHERRILL LAW OFFICES**

Michael Sherrill
4756 Banning Avenue
White Bear Lake, MN 55110

**IT IS SO ORDERED.**

DATED: May 13, 2002

**The Honorable John R. Tunheim**
United States District Court Judge

M2:20449431.01