ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Microsoft Corporation,<br><br>Plaintiff,<br><br>v.<br><br>Computer Quest, Inc., Mark Meggitt, and Clark Lovrien,<br><br>Defendants. | 01-2265<br>Case No. 01-~~CV-842~~ ~~ADM/AJB~~<br>JRT/FLN<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

WHEREAS Plaintiff Microsoft Corporation ("Microsoft") and Defendants Computer Quest, Inc., Mark Meggitt, and Clark Lovrien, (collectively, "Defendants") have settled the above-captioned matter; and

WHEREAS this Court has entered a Stipulated Permanent Injunction ("Permanent Injunction") between Microsoft and Defendants;

**IT IS HEREBY STIPULATED** by and between Plaintiff, through its attorneys, and Defendants, through their attorneys, that Defendants Computer Quest, Inc., a Minnesota corporation, Mark Meggitt, an individual, and Clark Lovrien, an individual, shall be dismissed with prejudice from Microsoft's Complaint pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with each party to bear its own costs and attorneys' fees.

**IT IS HEREBY FURTHER STIPULATED** that this Court shall retain jurisdiction to enforce the Permanent Injunction entered by this Court, and the Settlement Agreement and Release between Microsoft and Defendants.

FILED [illegible] 14 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

**IT IS SO STIPULATED:**

Dated: May 9, 2002

FAEGRE & BENSON LLP

Felicia J. Boyd, No. 186168
Kara L. Benson, No. 248290
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Tel. (612) 766-7000

Counsel for Plaintiff
Microsoft Corporation

Dated: May 10, 2002

JARDINE, LOGAN & O'BRIEN, PLLP

Lawrence M. Rocheford, No. 153412
Sarah Sanville, No. 300445
444 Cedar Street, Suite 2100
St. Paul, MN 55101-2160
Tel. (651) 290-7412

Counsel for Defendants
Computer Quest, Inc., Mark Meggitt and
Clark Lovrien

**IT IS SO ORDERED:**

May 14, 2002

The Honorable John R. Tunheim
United States District Judge

M2:20462127.01